# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC COAST STEEL, *et al.*, | |
| Plaintiffs, | Case No. 2:09-CV-02190-KJD-PAL |
| v. | **ORDER** |
| TODD LEE LEANY, *et al.*, | |
| Defendants. | |

Presently before the Court are Defendants' Motions in Limine (#151/152). The current deadline for Plaintiffs to respond to the motions is November 4, 2010. The Court finds good cause to shorten the time to file the opposition to the motions. Therefore, Plaintiffs shall file any responses in opposition to the motions in limine no later than Monday, November 1, 2010 at 12:00 P.M.

**IT IS SO ORDERED.**

DATED this 28TH day of October 2010.

_____
Kent J. Dawson
United States District Judge