# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PACIFIC COAST STEEL, *et al.*,

    Plaintiffs,

v.

TODD LEE LEANY, *et al.*,

    Defendants.

Case No. 2:09-CV-02190-KJD-PAL

**ORDER**

    Presently before the Court is Defendants' Motion to Amend Answer and Counterclaim/Third Party Complaint (#125). Plaintiffs filed a response in opposition (#138) to which Defendants replied (#141). Having read and considered the motion and good cause being found, the Court grants the motion to amend. The Court finds good cause to amend the scheduling order, despite the expired deadline. Defendants did not unduly delay in seeking amendment. Facts were discovered after the deadline expired which justify the amendment. Furthermore, the Court finds that the amendments are not futile. Plaintiffs essentially seek summary judgment on the claims before they are asserted in the complaint. However, the Court denies summary judgment without prejudice.

    Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Amend Answer and Counterclaim/Third Party Complaint (#125) is **GRANTED**;

1   IT IS FURTHER ORDERED that Defendants file their Amended Answer and
2   Counterclaim/Third Party Complaint within ten (10) days of the entry of this order.
3   DATED this 21st day of January 2011.

                                                      Kent J. Dawson
                                                     United States District Judge