# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC COAST STEEL, *et al.*, | |
|     Plaintiffs, | Case No. 2:09-CV-02190-KJD-PAL |
| v. | **ORDER** |
| TODD LEE LEANY, *et al.*, | |
|     Defendants. | |

    Presently before the Court is Defendants' Objection to Magistrate's Ruling on Defendants' Motion to Compel Inspection (#201). Plaintiffs filed a response in opposition (#204). Objections to the magistrate judge's Order (#192) were filed pursuant to Local Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada.

    Defendants are required to demonstrate that the magistrate judge's ruling is clearly erroneous or contrary to law. The Court finds that the magistrate's Order (#192) is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a). See 28 U.S.C. § 636(b)(1)(A). This Court does not have a definite and firm conviction that a mistake has been made. See Weeks v. Samsung Heavy Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997).

    Accordingly, **IT IS HEREBY ORDERED** that Defendants' Objection (#201) is **DENIED**;

1    **IT IS FURTHER ORDERED** that the magistrate judge's Order (#192) is **AFFIRMED**.

2    DATED this 21st day of January 2011.

_____
Kent J. Dawson
United States District Judge