**STIP**
Mark A. Hutchison (4639)
Kumen L. Taylor (10244)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
Email: mhutchiston@hutchlegal.com
       ktaylor@hutchlegal.com
       tprall@hutchlegal.com

*Attorneys for Defendants Todd Lee Leany; Century Steel, Inc.; Calico Construction Supply LLC; Century Steel Holdings, Inc.; Century Properties Henderson 18 LLC; Century Steel, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC COAST STEEL, a Delaware general partnership, and SAN DIEGO STEEL HOLDINGS GROUP, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD LEE LEANY, an individual resident of Nevada, both individually and as Trustee of the Todd Lee Leany Irrevocable Trust, TAMRA MAE L. HUNT, an individual resident of Nevada, both individually and as Trustee of the Tamra Mae L. Hunt Irrevocable Trust, LYNN M. LEANY, an individual resident of Nevada, both individually and as trustee of the Lynn M. Leany Family Trust, CENTURY STEEL, INC., a Nevada corporation, CALICO CONSTRUCTION SUPPLY LLC, a Nevada limited liability company, CENTURY STEEL HOLDINGS, INC., a Nevada corporation, CENTURY PROPERTIES HENDERSON 18 LLC, a Nevada limited liability company, CENTURY STEEL, INC., a Utah corporation.<br><br>Defendants.<br><br>AND ALL RELATED MATTERS | Case No. 2:09-CV-02190-KJD-PAL<br><br>**STIPULATION AND ORDER TO AMEND THE DISCOVERY SCHEDULING ORDER TO EXTEND THE DATE BY WHICH DISPOSITIVE MOTION SHOULD BE FILED** |

At the request of defendants, the parties, by and through their undersigned counsel, stipulate and agree to amend the current Discovery Scheduling Order to extend the deadline for dispositive motions from **March 16, 2011** to **March 18, 2011**.

At the request of plaintiffs, the parties, by and through their undersigned counsel, stipulate and agree to extend the deadline for filing Plaintiffs' Response to Defendants' Motion to Compel Kent McBeth's Deposition Testimony Based on Improper Assertion of Privilege and for Order Finding that There Is No Accountant-Client Privilege that Would Protect Pacific Coast Steel's Communications with Deloitte, L.P. (Dkt. 227) from **March 14, 2011** to **March 16, 2011**.

DATED this 14$^h$ day of March, 2011.

HUTCHISON & STEFFEN, LLC

/s Todd W. Prall

---
Mark A. Hutchison
Kumen L. Taylor
Todd W. Prall
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Attorneys for Defendants Todd Lee Leany; Century Steel, Inc.; Calico Construction Supply LLC; Century Steel Holdings, Inc.; Century Properties Henderson 18 LLC; Century Steel, Inc.

DATED this 14th day of March, 2011.

MORRIS PETERSON

/s Ryan M. Lower

---
Steve Morris
Ryan M. Lower
Morris Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Attorneys for Defendants Lynn M. Leany, an individual and as Trustee of the Lynn M. Leany Family Trust

DATED this 14th day of March, 2011.

SNELL & WILMER, LLP

/s Swen P. Prior

---
James D. Kilroy (pro hac vice)
Paul S. Prior
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Attorneys for Plaintiffs

DATED this 14th day of March, 2011.

MATTHEW L. JOHNSON & ASSOCIATES, P.C.

/s Matthew L. Johnson

---
Matthew L. Johnson
Russell G. Gubler
8831 W. Sahara Avenue
Las Vegas, NV 89117

Attorneys for Defendants Tamra Mae L. Hunt, an individual and as Trustee of the Tamra Mae L. Hunt Irrevocable Trust

## Order

Pursuant to the above stipulation and order, the Court orders that the Discovery Scheduling Order be amended to extend the deadline for dispositive motions to be filed from **March 16, 2011** to **March 18, 2011.**

The Court further orders that the deadline for filing Plaintiffs' Response to Defendants' Motion to Compel Kent McBeth's Deposition Testimony Based on Improper Assertion of Privilege and for Order Finding that There Is No Accountant-Client Privilege that Would Protect Pacific Coast Steel's Communications with Deloitte, L.P. (Dkt. 227) is extended from **March 14, 2011** to **March 16, 2011**.

_____  Dated: March 14, 2011
Honorable Peggy A. Leen
Magistrate Judge