James D. Kilroy (*Pro Hac Vice*)
Paul S. Prior, NV Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jkilroy@swlaw.com
Email: sprior@swlaw.com

*Attorneys for Plaintiff/Counter-Defendants Pacific Coast Steel, and San Diego Steel Holdings Group, Inc; and Third Party Defendants Eric Benson and David Perkins and Jon Scurlock*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC COAST STEEL, a Delaware general partnership, and SAN DIEGO STEEL HOLDINGS GROUP, INC., a California corporation,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>TODD LEE LEANY, an individual resident of Nevada, both individually and as Trustee of the Todd Lee Leany Irrevocable Trust, TAMRA MAE L. HUNT, an individual resident of Nevada, both individually and as Trustee of the Tamra Mae L. Hunt Irrevocable Trust, LYNN M. LEANY, an individual resident of Nevada, both individually and as Trustee of the Lynn M. Leany Family Trust, CENTURY STEEL, INC., a Nevada Corporation, CALICO CONSTRUCTION SUPPLY LLC, a Nevada limited liability company, CENTURY STEEL HOLDINGS, INC, a Nevada corporation, CENTURY PROPERTIES HENDERSON 18 LLC, a Nevada limited liability company, CENTURY STEEL, INC., a Utah corporation.<br><br>　　　　　　　　Defendants. | Case No. 2:09-cv-02190-KJD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING ON OPPOSITION AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINT | |

/ / /

The parties, by and through their undersigned counsel, stipulate and agree that all Oppositions to the parties' Motions for Summary Judgment (Doc. Nos. 233; 234, 235, 236, 238; 246, 247, 248, 249, and 250) shall be due on or before **Friday, May 6, 2011**, and all Replies thereto shall be due on or before **Friday, May 20, 2011**.

Dated: May 2, 2011

SNELL & WILMER L.L.P.

/s/: Paul S. Prior
James D. Kilroy (Pro Hac Vice)
Paul S. Prior, NV Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Attorneys for Plaintiffs/Counter-Defendants Pacific Coast Steel, and San Diego Steel Holdings Group, Inc; and Third Party Defendants Eric Benson and David Perkins.

MORRIS PETERSON

/s/: Ryan Lower
Steve Morris, Esq.
Ryan Lower, Esq.
MORRIS PETERSON
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants Lynn M. Leany Individually and as Trustee of the Lynn M. Leany Family Trust*

HUTCHISON & STEFFEN, LLC

/s/: Richard L. Wade
Mark A. Hutchison, Esq.
Kumen L. Taylor, Esq.
Todd W. Prall, Esq.
Richard L. Wade, Esq.
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Attorneys for Defendants Todd Lee Leany, Century Steel, Inc. (Nevada), Calico Construction Supply, LLC, Century Steel Holdings, Inc., Century Properties Henderson 18, LLC and Century Steel, Inc. (Utah)

MATTHEW L. JOHNSON & ASSOCIATES, P.C.

/s/: Matthew L. Johnson
Matthew L. Johnson, Esq.
MATTHEW L. JOHNSON & ASSOCIATES, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117

*Attorneys for Defendant Tamra Mae L. Hunt*

**IT IS SO ORDERED.**

DATED: May 4 2011

_____
U.S. DISTRICT COURT JUDGE