# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PACIFIC COAST STEEL, *et al.*,

    Plaintiffs,

v.

TODD LEE LEANY, *et al.*,

    Defendants.

Case No. 2:09-CV-2190-KJD-PAL

**ORDER**

    Presently before the Court is Defendants' Objection (#339) to Magistrate's Order (#330) denying Defendants' Motion to Compel McBeth's Deposition Testimony (#227). Plaintiffs filed a response in opposition (#347) to which Defendants replied (#356). Objections to the magistrate judge's order were filed pursuant to Local Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada.

    Defendants are required to demonstrate that the magistrate judge's ruling is clearly erroneous or contrary to law. The Court finds that the Magistrate's Order (#330) is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a). See 28 U.S.C. § 636(b)(1)(A). This Court does not have a definite and firm conviction that a mistake has been made. See Weeks v. Samsung Heavy Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997).

    Accordingly, **IT IS HEREBY ORDERED** that Defendants' Objection (#339) is **DENIED**;

1 **IT IS FURTHER ORDERED** that Magistrate Judge Peggy A. Leen's Order (#330) is
2 **AFFIRMED**.
3 DATED this 16th day of April 2012.

_____
Kent J. Dawson
United States District Judge