# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC COAST STEEL, *et al.*, | |
| Plaintiffs, | Case No. 2:09-CV-02190-KJD-PAL |
| v. | **ORDER** |
| TODD LEE LEANY, *et al.*, | |
| Defendants. | |

Presently before the Court is Plaintiffs' Motion to Strike Defendants' Replies (#357). Defendants filed a response in opposition (#364). Having read and considered the motion and response, the Court denies the motion to strike.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike Defendants' Replies (#357) is **DENIED**.

DATED this 16th day of April 2012.

_____
Kent J. Dawson
United States District Judge