# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC COAST STEEL, *et al.*, | |
| Plaintiffs, | Case No. 2:09-CV-02190-KJD-PAL |
| v. | **ORDER** |
| TODD LEE LEANY, *et al.*, | |
| Defendants. | |

Presently before the Court is Defendants' Objection (#340) to Magistrate's Order (#334) granting in party and denying in part Plaintiff's Motion to Compel (#147). Plaintiffs filed a response in opposition (#348) to which Defendants replied (#355). Objections to the magistrate judge's order were filed pursuant to Local Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada.

Defendants are required to demonstrate that the magistrate judge's ruling is clearly erroneous or contrary to law. The Court finds that the Magistrate's Order (#334) is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a). See 28 U.S.C. § 636(b)(1)(A). This Court does not have a definite and firm conviction that a mistake has been made. See Weeks v. Samsung Heavy Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Objection (#340) is **DENIED**;

1    **IT IS FURTHER ORDERED** that Magistrate Judge Peggy A. Leen's Order (#334) is
2 **AFFIRMED**;
3    **IT IS FURTHER ORDERED** that any discovery that has not yet been produced in
4 compliance with the magistrate judge's order (#334) be produced within thirty (30) days of
5 the entry of this order.
6    DATED this 16th day of April 2012.

```
                                    _____
                                    Kent J. Dawson
                                    United States District Judge
```