James D. Kilroy (*Pro Hac Vice*)
Chad R. Fears, NV Bar No. 6970
Paul S. Prior, NV Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jkilroy@swlaw.com
Email: cfears@swlaw.com
Email: sprior@swlaw.com

*Attorneys for Plaintiff/Counter-Defendants Pacific Coast Steel, and San Diego Steel Holdings Group, Inc; and Third Party Defendants Eric Benson and David Perkins and Jon Scurlock*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC COAST STEEL, a Delaware general partnership, and SAN DIEGO STEEL HOLDINGS GROUP, INC., a California corporation,<br><br>                   Plaintiffs,<br>vs.<br><br>TODD LEE LEANY, an individual resident of Nevada, both individually and as Trustee of the Todd Lee Leany Irrevocable Trust, TAMRA MAE L. HUNT, an individual resident of Nevada, both individually and as Trustee of the Tamra Mae L. Hunt Irrevocable Trust, LYNN M. LEANY, an individual resident of Nevada, both individually and as Trustee of the Lynn M. Leany Family Trust, CENTURY STEEL, INC., a Nevada Corporation, CALICO CONSTRUCTION SUPPLY LLC, a Nevada limited liability company, CENTURY STEEL HOLDINGS, INC, a Nevada corporation, CENTURY PROPERTIES HENDERSON 18 LLC, a Nevada limited liability company, CENTURY STEEL, INC., a Utah corporation,<br><br>                   Defendants.<br><br>AND RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINT | Case No. 2:09-cv-02190-KJD-PAL<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION IN LIMINE**<br><br>**(THIRD REQUEST)** |

Plaintiffs Pacific Coast Steel ("PCS") and San Diego Steel Holdings, Group, Inc.

1  ("SDSHG") (collectively "Plaintiffs") hereby move for an extension of time to file their reply to
2  Defendant Tamra Mae L. Hunt's Opposition to Plaintiffs' Omnibus Motion in Limine.  Plaintiffs
3  seek a five day extension to Friday, April 12, 2013.

4  Defendant Hunt does not oppose this extension.  *See* April 5, 2013 E-mail
5  correspondence, attached as Exhibit 1.

6  Dated: April 8, 2013

Respectfully Submitted by:

SNELL & WILMER L.L.P.

 */s/ Chad R. Fears*
James D. Kilroy (Pro Hac Vice)
Chad R. Fears, NV Bar No. 6970
Paul S. Prior, NV Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs/Counter-Defendants Pacific Coast Steel, and San Diego Steel Holdings Group, Inc; and Third Party Defendants Eric Benson and David Perkins.*

**IT IS SO ORDERED.**

DATED:  this 15th day of April 2013

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of foregoing **UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION IN LIMINE** via the Court's CM/ECF Program and addressed to the following:

| | |
|---|---|
| Joseph Kistler, Esq.<br>Todd W. Prall, Esq.<br>HUTCHISON & STEFFEN, LLC<br>10080 West Alta Drive, Ste. 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendants Todd Lee Leany, Century Steel, Inc. (Nevada), Calico Construction Supply, LLC, Century Steel Holdings, Inc., Century Properties Henderson 18, LLC and Century Steel, Inc. (Utah)* | Steve Morris, Esq.<br>Ryan M. Lower, Esq.<br>MORRIS PETERSON<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants Lynn M. Leany, an individual and as Trustee of the Lynn M. Leany Family Trust* |
| Matthew L. Johnson, Esq.<br>Russell G. Gubler, Esq.<br>MATTHEW L. JOHNSON & ASSOCIATES<br>Lakes Business Park<br>8831 West Sahara<br>Las Vegas, NV 89117<br><br>*Attorneys for Defendant Tamra Mae L. Hunt* | |

DATED this 8th day of April, 2013.

                                                    */s/ Julia L Melnar*
                                                   An Employee of Snell & Wilmer L.L.P.

16953618.2

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

# EXHIBIT 1

# EXHIBIT 1

**From:** Matthew Johnson [mailto:mjohnson@mjohnsonlaw.com]
**Sent:** Friday, April 05, 2013 11:08 AM
**To:** Kilroy, James
**Subject:** RE:

No problem. That is fine.


Matthew L. Johnson
Matthew L. Johnson & Associates, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada  89117
(702) 471-0065
(702) 471-0075 facsimile
mjohnson@mjohnsonlaw.com

www.mjohnsonlaw.com



This communication may contain information that is privileged under the attorney-client privilege, or the work product doctrine, and should be read only by the person to whom it is addressed.  If you have received this communication in error, please delete it immediately.  Matthew L. Johnson & Associates, P.C.

**From:** Kilroy, James [mailto:jkilroy@swlaw.com]
**Sent:** Friday, April 05, 2013 9:43 AM
**To:** Matthew Johnson
**Subject:**

My reply on the motion in limine is due on Monday.  Would you agree to an extension so that I file reply a week from today?

> **James D. Kilroy**
> Snell & Wilmer, LLP
> 1200 17th Street, Suite 1900
> Denver, CO  80202
> Direct Line:    (303) 634-2005
> Firm Line:     (303) 634-2000
> Fax:              (303) 634-2020

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone (303-634-2000), and delete the original message.  Thank you.