UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PACIFIC COAST STEEL )
)
Plaintiff, )
)
VS. )   2:09-CV-2190-KJD-PAL
)
)
)
TAMRA MAE HUNT, )
)
Defendant, )
)

## ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

IT IS HEREBY ORDERED that all meals, for said jury shall be paid by the Clerk of Court for November 19, 2013.

Dated: November 19, 2013

_____
KENT J. DAWSON, U.S. DISTRICT JUDGE

