# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PACIFIC COAST STEEL,

    Plaintiff,

v.

TAMRA MAE L. HUNT, *et al.*,

    Defendants.

Case No. 2:09-CV-02190-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiffs' Motion for a Charging Order Against Member's Interest (#512). Defendants filed a response in opposition (#513) to which Plaintiffs replied (#514). Having read and considered Plaintiffs' motion and the opposition, and good cause being found, the Court grants the motion.

    Pursuant to Nevada Revised Statute 86.401, the Court charges the membership interests of Tamra Mae L. Hunt, personally, and Tamra Mae L. Hunt as trustee of the Tamra Mae L. Hunt Irrevocable Trust ("Tamra Mae L. Hunt") in SOUTHERN UTAH WATER STUDY LLC, HUNT AVIATION LLC, THE GRAND LODGE INVESTMENTS LLC, THE GRAND LODGE BRIAN HEAD LLC, 320 WEST UTAH AVENUE LLC, CENTURY PROPERTIES HENDERSON 18 LLC, TAMWATT LLC,2504 FESTIVE COURT LLC, BACKDRAFT LLC, TRISM III LLC, BRIANHEAD 201 LLC, THE FAMILY LEANY LLC, TRISM T RANCH LLC, INVESTMENT

1  PILLARS LLC and 600 N. AIRPORT ROAD LLC with payment of the unsatisfied amount of the
2  judgment of $18,357,630.17 with interest as provided by NRS 86.401.
3       It is further ordered that all payments, disbursements, or other income due or provided to
4  Tamra Mae L. Hunt personally or to Tamra Mae L. Hunt as trustee of the Tamra Mae L. Hunt
5  Irrevocable Trust be paid to Pacific Coast Steel and San Diego Steel Holdings Group, Inc.
6  **IT IS SO ORDERED.**
7       DATED this 11th day of September 2014.

                                    _____
                                    Kent J. Dawson
                                    United States District Judge

2